UNITED STATES of America,
Plaintiff–Appellee,

v.

Jametrius Laquan JUDGE,
Defendant–Appellant.

No. 12–7584.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 13, 2012.

Decided: Dec. 19, 2012.

Jametrius Laquan Judge, Appellant Pro Se. Jeffrey Mikell Johnson, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jametrius Laquan Judge appeals the district court's order denying his motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*